**Order entered October 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01388-CV

**PREMIER POOLS MANAGEMENT CORP. AND SHAN POOLS, INC. D/B/A PREMIER POOLS AND SPAS, Appellants**

**V.**

**PREMIER POOLS, INC., Appellee**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-07182**

## ORDER

We **GRANT** appellee's October 1, 2015 third motion for an extension of time to file a brief **TO THE EXTENT** that appellee shall file a brief by **OCTOBER 22, 2015**. We caution appellee that no further extension of time will be granted.

/s/    ELIZABETH LANG-MIERS
         JUSTICE